Melissa A. Chuderewicz
**PEPPER HAMILTON LLP**
*(A Pennsylvania Limited Liability Partnership)*
Suite 400
301 Carnegie Center
Princeton, NJ 08543
Tel:  (609) 951-4118
Fax:  (609) 452-1147
chuderem@pepperlaw.com

*Attorneys for Plaintiffs*
*BAUSCH & LOMB INCORPORATED,*
*BAUSCH & LOMB PHARMA HOLDINGS CORP., and*
*SENJU PHARMACEUTICAL CO., LTD.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BAUSCH & LOMB INCORPORATED, BAUSCH & LOMB PHARMA HOLDINGS CORP., and SENJU PHARMACEUTICAL CO., LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: |
| v. | ) ) | |
| MICRO LABS USA, INC. and MICRO LABS LIMITED, | ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Bausch & Lomb Incorporated, Bausch & Lomb Pharma Holdings Corp. and

Senju Pharmaceutical Co., Ltd. (collectively "Plaintiffs") by way of Complaint against

Defendant Micro Labs USA, Inc. ("Micro Labs USA") and Defendant Micro Labs Limited

("Micro Labs") (collectively, "Defendants") allege as follows:

#33621499 v1

-2-

## THE PARTIES

1.      Plaintiff Bausch & Lomb Incorporated ("B+L") is a corporation organized and existing under the laws of New York, with a place of business at 1400 North Goodman St., Rochester, New York 14609.  B+L is the registered holder of approved New Drug Application ("NDA") No. 022288, which covers Bepreve[®].

2.      Plaintiff Bausch & Lomb Pharma Holdings Corp. ("B+L Pharma Holdings") is a corporation organized and existing under the laws of Delaware, with a place of business at 700 Route 202/206, Bridgewater, New Jersey 08807. B+L Pharma Holdings is a wholly-owned subsidiary of B+L.  Senju Pharmaceutical Co., Ltd. licenses the '168 patent rights to B+L Pharma Holdings.

3.      Plaintiff Senju Pharmaceutical Co., Ltd. ("Senju") is a corporation organized and existing under the laws of Japan, with a principal place of business at 2-5-8, Hirano-machi, Chuo-ku, Osaka 541-0046, Japan.

4.      Upon information and belief, defendant Micro Labs USA is a corporation organized and existing under the laws of New Jersey, with a principal place of business at 104 Carnegie Center, Suite 216, Princeton, New Jersey 08540.  Upon information and belief, Micro Labs USA is a wholly owned subsidiary of Micro Labs.

5.      Upon information and belief, defendant Micro Labs is a corporation organized and existing under the laws of India, with a principal place of business at 27, Race Course Road, Bangalore-560 001, India.

## NATURE OF THE ACTION

6.      This is an action for infringement of United States Patent No. 8,877,168 ("the '168 patent"), arising under the United States patent laws, Title 35, United States Code, § 100 et seq., including 35 U.S.C. §§ 271 and 281.  This action relates to Micro Labs USA's filing of an

Abbreviated New Drug Application ("ANDA") under Section 505(j) of the Federal Food, Drug, and Cosmetic Act ("the Act"), 21 U.S.C. § 355(j), seeking U.S. Food and Drug Administration ("FDA") approval to market generic bepotastine besilate ophthalmic solution, 1.5% ("Micro Labs USA's generic bepotastine besilate ophthalmic solution").

**JURISDICTION AND VENUE**

7.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8.      Upon information and belief, this Court has jurisdiction over Micro Labs USA. Upon information and belief, Micro Labs USA is in the business of manufacturing, marketing, importing and selling pharmaceutical drug products, including generic drug products. Upon information and belief, Micro Labs USA directly manufactures, markets and sells generic drug products throughout the United States and in this judicial district, and this judicial district is a likely destination for Micro Labs USA's generic bepotastine besilate ophthalmic solution. Upon information and belief, Micro Labs USA purposefully has conducted and continues to conduct business in this judicial district.

9.      Upon information and belief, this court has jurisdiction over Micro Labs. Upon information and belief, Micro Labs directly, or indirectly, manufactures, markets and sells generic drug products, including generic drug products manufactured by Micro Labs USA, throughout the United States and in this judicial district, and this judicial district is a likely destination for Micro Labs USA's generic bepotastine besilate ophthalmic solution. Upon information and belief, Micro Labs purposefully has conducted and continues to conduct business in this judicial district.

10.     Upon information and belief, venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and (d), and § 1400(b).

-3-

#33621499 v1

**THE PATENT IN SUIT**

11.     The U.S. Patent and Trademark Office ("PTO") issued the '168 patent on November 4, 2014.  The '168 patent generally speaking claims, *inter alia*, aqueous liquid bepotastine preparations.  Plaintiffs hold all substantial rights in the '168 patent and have the right to sue for infringement thereof.  Senju is the assignee of the '168 patent.  A copy of the '168 patent is attached hereto as Exhibit A.

12.     B+L is the holder of NDA No. 022288 for Bepreve®, which the FDA approved on September 8, 2009.  In conjunction with NDA No. 022288, the '168 patent is listed in the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations ("the Orange Book").

13.     Bepotastine besilate ophthalmic solution is sold in the United States under the trademark Bepreve®.

**MICRO LABS USA'S INFRINGING ANDA SUBMISSION**

14.     Upon information and belief, Micro Labs USA filed with the FDA ANDA No. 206-220, under Section 505(j) of the Act and 21 U.S.C. § 355(j).

15.     Upon information and belief, Micro Labs USA's ANDA No. 206-220 seeks FDA approval to sell in the United States Micro Labs USA's generic bepotastine besilate ophthalmic solution, intended to be a generic version of Bepreve®.

16.     B+L  received a letter from Micro Labs USA dated March 18, 2015, purporting to be a Notice of Certification for ANDA No. 206-220 ("Micro Labs USA's notice letter") under Section 505(j)(2)(B)(ii) of the Act, 21 U.S.C. § 355(j)(2)(B)(ii), and 21 § C.F.R. 314.95(c).

17.     Micro Labs USA's notice letter alleges that Micro Labs USA has submitted to the FDA ANDA No. 206-220 seeking FDA approval to sell generic bepotastine besilate ophthalmic solution, intended to be a generic version of Bepreve®.

#33621499 v1

-5-

18.     Upon information and belief, ANDA No. 206-220 seeks approval of Micro Labs USA's generic bepotastine besilate ophthalmic solution that is the same, or substantially the same, as Bepreve®.

19.     Upon information and belief, Micro Labs USA's actions relating to ANDA No. 206-220 complained of herein were done with the cooperation, the participation, the assistance of, and at least in part for the benefit of Micro Labs.

## COUNT I

### Infringement of the '168 Patent under § 271(e)(2)

20.     Paragraphs 1-19 are incorporated herein as set forth above.

21.     Under 35 U.S.C. § 271(e)(2), Micro Labs USA has infringed at least one claim of the '168 patent by submitting, or causing to be submitted to the FDA, ANDA No. 206-220 seeking approval for the commercial marketing of Micro Labs USA's generic bepotastine besilate ophthalmic solution before the expiration date of the '168 patent.

22.     Upon information and belief, Micro Labs USA's generic bepotastine besilate ophthalmic solution will, if approved and marketed, infringe at least one claim of the '168 patent.

23.     Upon information and belief, Micro Labs USA will, through the manufacture, use import, offer for sale and/or sale of Micro Labs USA's generic bepotastine besilate ophthalmic solution, directly infringe, contributorily infringe and/or induce infringement of at least one claim of the '168 patent.

## COUNT II

### Declaratory Judgment of Infringement of the '168 Patent

24.     Paragraphs 1-23 are incorporated herein as set forth above.

-5-

25.    These claims arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

26.    There is an actual case or controversy such that the Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and this actual case or controversy requires a declaration of rights by this Court.

27.    Micro Labs USA has made, and will continue to make, substantial preparation in the United States to manufacture, use, offer to sell, sell and/or import Micro Labs USA's generic bepotastine besilate ophthalmic solution before the expiration date of the '168 patent, including Micro Labs USA's filing of ANDA No. 206-220.

28.    Upon information and belief, any commercial manufacture, use, offer for sale, sale, and/or importation of Micro Labs USA's generic bepotastine besilate ophthalmic solution will directly infringe, contributorily infringe and/or induce infringement of at least one claim of the '168 patent.

29.    Plaintiffs are entitled to a declaratory judgment that future commercial manufacture, use, offer for sale, sale, and/or importation of Micro Labs USA's generic bepotastine besilate ophthalmic solution will constitute infringement of at least one claim of the '168 patent.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully request that the Court enter judgment in their favor and against Defendants on the patent infringement claim set forth above and respectfully request that this Court:

1.    enter judgment that, under 35 U.S.C. § 271(e)(2), that Defendants have infringed at least one claim of the '168 patent through Micro Labs USA's submission of ANDA No. 206-

-6-

220 to the FDA to obtain approval for the commercial manufacture, use, import, offer for sale and/or sale in the United States of Micro Labs USA's generic bepotastine besilate ophthalmic solution before the expiration of the '168 patent;

2.      order that the effective date of any approval by the FDA of Micro Labs USA's generic bepotastine besilate ophthalmic solution be a date that is not earlier than the expiration of the '168 patent, or such later date as the Court may determine;

3.      enjoin Defendants from the commercial manufacture, use, import, offer for sale and/or sale of Micro Labs USA's generic bepotastine besilate ophthalmic solution until expiration of the '168 patent, or such later date as the Court may determine;

4.      enjoin Defendants and all persons acting in concert with Defendants from seeking, obtaining or maintaining approval of Micro Labs USA's ANDA No. 206-220 until expiration of the '168 patent;

5.      declare this to be an exceptional case under 35 U.S.C. §§ 285 and 271(e)(4) and award Plaintiffs costs, expenses and disbursements in this action, including reasonable attorneys fees;

6.      award Plaintiff such further and additional relief as this Court deems just and proper.

Dated: May 1, 2015                    Respectfully submitted,

                                      s/ Melissa A. Chuderewicz
                                      Melissa A. Chuderewicz
                                      PEPPER HAMILTON, LLP
                                      (A Pennsylvania Limited Liability Partnership)
                                      301 Carnegie Center
                                      Suite 400
                                      Princeton, NJ 08543-5276
                                      (609) 951-4118
                                      chuderem@pepperlaw.com

-7-

-8-

*Attorneys for Plaintiffs*
*BAUSCH & LOMB INCORPORATED, BAUSCH &*
*LOMB PHARMA HOLDINGS CORP., and SENJU*
*PHARMACEUTICAL CO., LTD.*

**Of Counsel:**
Bryan C. Diner
Justin J. Hasford
FINNEGAN, HENDERSON, 2
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

#33621499 v1